UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUR RAHIM
Plaintiff,

-against-

BLANCHE, *et al.*,
Defendant.

1:26- cv 07564 ( KPF )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Xiaotao Wang, on behalf of Plaintiff, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New Jersey and New York; and that his/her contact information is as follows (please print):

Applicant's Name: Xiaotao Wang

Firm Name: Law Office of Xiaotao Wang P.C.

Address: 147 W 335th St, Ste 1008, New York

City / State / Zip: New York, NY 10001

Telephone / Fax: 718 799 0269

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Rahim Abdur in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 10, 2026
New York, New York

Katherine Polk Failla

United States District / Magistrate Judge

The Clerk of Court is directed to terminate the pending motions at docket entries 3 and 6.